# PETITION UNDER 28 U.S.C. 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY SEEKING REVIEW OF PRISON DISCIPLINARY SANCTION

FILED
03/14/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

[This form is for State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or Federal conviction, you need a different form.]

| Name (under which you were convicted): | Case No. [For a new case in this court, leave blank. The court will assign a case number.] |
|---|---|
| Endrice Lacy | |
| Place of Confinement: | Earliest possible Release Date: |
| NCN | 2-27-24 |

[Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court. <u>Neatly</u> print in ink (or type) your answers.]

1. NAME OF FACILITY HOLDING THE HEARING: __NCN__

    Date of hearing __1/26/22__. Case number: __NCN 22-01-0019__

    Offense: __Threatening__

    Code # __213__.    Did you plead guilty? ☐ Yes. ☒ No.

2. Lost earned credit time? ☒ No. ☐ Yes, I lost _____ days earned credit time.

    Was the loss of earned credit time suspended? ☒ No. ☐ Yes, it was suspended until: __/__/__

    If suspended, has it been imposed? ☐ No ☐ Yes, it was imposed on __/__/__

3. Demoted in credit class? ☒ No ☐ Yes, I was demoted from Class _____ to Class _____.

    Was the demotion suspended? ☒ No ☐ Yes, it was suspended until: __/__/__

    If suspended, has it been imposed? ☐ No ☐ Yes, it was imposed on: __/__/__

4. Appealed to the Superintendent? ☐ No ☒ Yes, the result was: _____

5. Appealed to the Final Reviewing Authority? ☐ No ☒ Yes, the result was: __Denied__

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ☒ No ☐ Yes, case number _____

7. Are you paying the $5.00 filing fee?

    ☒ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

    ☐ No, I have attached a separate Prisoner Motion to proceed In Forma Pauperis and a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now and I have received an average of less than $15.00 a month during the past six months.

1

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum

CAUTION: If you do not PRESENT EVERY GROUND IN THIS PETITION, YOU MAY BE BARRED FRFOM DOING SO LATER.]

GROUND ONE: [Briefly describe your claim.] No segregation time.

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

I was at CIF, I went back to Marion County Jail for Court. I got injured when I went back to court. When I was transported back to CIF, they don't have a infirmery, so they sent me to the hosptial and Transfered me to New Castle infirmery. I wasn't a somm offender, so when they released me from the infirmery they sent me to Segregation New Castle. Since I wasn't in trouble or had any D/s the released me to New Castle population. I had a argument with a officer so they sent me to Segregation. I was waiting on my transfer back to CIF, then the covid hit and I got stuck at New Castle. Me not knowing what NCN, was I ask well requested to go so I can get my TV, and get on with my program. Me not knowing that this was a lock-up I signed some paper for the stand and completed the program.

Did you present Ground One to the Final Reviewing Authority? ☐ No ☐ Yes, because _____

GROUND TWO: [Briefly describe your claim.] Completion of Stand program

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

I completed the Stand program Nov 15, 21. I didn't get put in for a transfer until Jan 18, 22. So when I completed the stand program Successfully. By policy when you complete the program guidlines or for you to return to population. If I completed my program Nov 15, 21 why did they wait until Jan 18, 22 to submit my transfer, Jan 26, 22 I had a minor write up 213, the UTM said I can't

2

return to population without any imposed sactions no D/S time, No credit time or anything happen just time served. I completed my program 3 months before this write up they or telling me they accidently looked over me and submitted my transfer Jan 18, 22. They telling me I have to stay down here 6 more months after I sucessful completed the stand program, by policy Ineligible to leave why am I still here.

Did you present Ground Two the Final Reviewing Authority? ☐ No ☐ Yes, because _____

GROUND THREE [Briefly describe your claim.] This is not a transtion Unit.

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

These people have gave downstate IDOC, that this is a transtion program Unit. This a lock down Unit Segregation. We are, well I'm locked down 23 hours a day being denied education and other program etc. There is know school in the unit I'm in, I have no segregation time I'm not Admin segregation, don't have any seg time, so why am I'm being deprived of my rights and being oppressed to hardship without any sanctions. I'm in seg without any D/S or A/S time, they say I have to do six months back here because of this write up with no sanctions, and I have completed this program 11-15-21 this is a seg unit we have no school or programs and we are locked down 23 hours A day

Did you present Ground Three to the Final Reviewing Authority? ☐ No ☒ Yes, because There's proof of no evidence and I'm still here

**DOCUMENTS**

I have attached these documents from this disciplinary hearing: [Check all that apply.]

☐ Report of Conduct
☐ Screening Report
☐ Report of Disciplinary Hearing
☐ Letter from the Final Reviewing Authority
☒ Other relevant documents: _____

3

**RELIEF**

I ask for the following relief: For me to be in population and to be transfered from here so I can complete my education.

_____ or any other relief to which I may be entitled.

**DECLARATION AND SIGNATURE**

I placed this petition in the prison mail system on  2 / 24 / 22  at 12:00  am/pm
[Do not fill in this date and time until you give this petition to the prison officials to send to the court]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any changes of address.

_Endrine Lacy_
Signature

109413
Prisoner Number

SOUTH BEND, INDIANA 46601 – 2194

4